AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BAOMIN ZHOU ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-3537 |
| WAI REALTY CORP., QUEEN'S JADE, INC., JOHN W ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Wai Realty Corp. and Queen's Jade, Inc., John Wai and Ding Wai                                    .

Date: _____

_____
*Attorney's signature*

Avrohom Gefen
*Printed name and bar number*
Vishnick McGovern Milizio LLP
3000 Marcus Avenue, Suite 1E9
Lake Success, NY 11042

*Address*

agefen@vmmlegal.com
*E-mail address*

(516) 437-4385
*Telephone number*

(516) 437-4395
*FAX number*