UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAOMIN ZHOU,                           Plaintiff,<br><br>-v-<br><br>WAI REALTY CORP., QUEEN'S JADE, INC., JOHN WAI and DING WAI,<br>                                              Defendant. | Case No. 19-cv-3537<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Queen's Jade, Inc. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 7-1-19

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007