## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of NY | County of NEW YORK | Eastern District Court |

Case Number: 1:19-CV-3537

Plaintiff:
**BAOMIN ZHOU**

vs.

Defendant:
**WAI REALTY CORP.; QUEEN'S JADE, INC., JOHN WAI; & DING WAI**

Received by DJ&H PROCESS SERVICE INC. to be served on **DING WAI, 37-17 BOWNE STREET, FLUSHING, NY 11354**.

I, JULES DOODNATH, being duly sworn, depose and say that on the **26th day of June, 2019 at 10:23 am**, I:

Personally served an AUTHORIZED agent a true copy of a SUMMONS IN A CIVIL ACTION & COMPLAINT JURY TRIAL DEMANDED to **JASON SU (OFFICE ASSISTANT)** at the address of: **37-17 BOWNE STREET, FLUSHING, NY 11354** who states that he/she is authorize to accept service for **DING WAI** and informed said party of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Asian, Height: 5'7", Weight: 160, Hair: Black, Glasses: N

I Jules Doodnath, being duly sworn, deposed and says: That deponent is not a party of this action, is a Licensed Process Server over the age of eighteen years and resides in Queens County, New York.

Sworn to me on this date: 06/28/2019

MALTIE RAMLAKHAN
Notary Public, State of New York
No. 01RA6326910
Qualified in Queens County
Commission Expires June 29, 2019

**JULES DOODNATH**
2067371-DCA

**DJ&H PROCESS SERVICE INC.**
111-13 115th Street
South Ozone Park, NY 11420
(718) 843-1184

Our Job Serial Number: JDD-2019000996

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n