# The Harrison Law Firm P.C. # INVOICE

38-08 Union Street, Suite 11A  
Flushing, New York 11354  
United States

Invoice # 7579  
Date: 2019-11-08  
Due Upon Receipt

周宝敏 Zhou Baomin  

NY 11355

## 03635-Zhou Baomin

## Zhou v. Wait Realty Corp. et al.

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 2019-05-04 | Meet with client to discuss unpaid overtime wages and employment history. | 1.70 | $250.00 | $425.00 |
| Service | 2019-05-04 | Collect information about corporate defendants (full name, address) from public records. | 0.20 | $250.00 | $50.00 |
| Service | 2019-05-04 | Calculate amount of client's damages for unpaid minimum wages and unpaid overtime. | 1.40 | $250.00 | $350.00 |
| Service | 2019-05-07 | Meet with client to discuss overtime incurred on renovation projects. | 0.30 | $250.00 | $75.00 |
| Service | 2019-05-07 | Calculate amount of employee's unpaid minimum wage and overtime wages. | 1.00 | $250.00 | $250.00 |
| Expense | 2019-05-07 | Mail, postage, shipping: USPS Priority shipping with signature required to Defendants. | 1.00 | $39.80 | $39.80 |
| Service | 2019-05-07 | Draft demand letter detailing categories of damages. | 1.20 | $250.00 | $300.00 |
| Service | 2019-05-14 | Discuss status of case with client. | 0.10 | $250.00 | $25.00 |
| Service | 2019-05-20 | Communicate with defendant regarding potential settlement of dispute. | 0.10 | $250.00 | $25.00 |
| Service | 2019-05-21 | Meet with defendant, John Wai, to discuss potential settlement options. | 0.80 | $250.00 | $200.00 |
| Service | 2019-05-30 | Meet with client to discuss defendant's settlement offer and documents provided by defendant. | 0.80 | $250.00 | $200.00 |
| Service | 2019-06-09 | Draft complaint for unpaid minimum wages and overtime wages. | 0.60 | $250.00 | $150.00 |
| Service | 2019-06-12 | Draft complaint for compensation pursuant to the FLSA and NYLL. | 1.20 | $250.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 2019-06-13 | Draft complaint for unpaid minimum wages and overtime wages. | 0.20 | $250.00 | $50.00 |
| Service | 2019-06-14 | Draft complaint for unpaid minimum wages and overtime wages. | 4.20 | $250.00 | $1,050.00 |
| Service | 2019-06-14 | Draft summonses to serve on individual and corporate defendants. | 0.60 | $250.00 | $150.00 |
| Expense | 2019-06-14 | Court Filing Fees: Complaint filing fee. Receipt number ANYEDC-11578363. | 1.00 | $400.00 | $400.00 |
| Service | 2019-06-17 | Receive call from defendant regarding newly-filed case. | 0.10 | $250.00 | $25.00 |
| Service | 2019-06-17 | Arrange service of process on all defendants. | 0.10 | $250.00 | $25.00 |
| Expense | 2019-06-19 | Process Server: Service of process fee: DJ & H PROCESS SERVICE INC. 111-13 115 STREET SOUTH OZONE PARK, NY 11420 TEL: 718-843-1184 (OFFICE) TEL: 917-686-4554 (CELL) FAX: 718-843-0332 | 1.00 | $240.00 | $240.00 |
| Service | 2019-06-29 | Review notices of appearance filed by opposing counsel. | 0.10 | $250.00 | $25.00 |
| Service | 2019-07-01 | Review and file process server's affidavits of service as to all defendants. | 0.30 | $250.00 | $75.00 |
| Service | 2019-07-04 | Review Defendants' Answer to Complaint. | 0.10 | $250.00 | $25.00 |
| Service | 2019-07-04 | Draft discovery requests to all defendants. | 0.80 | $250.00 | $200.00 |
| Service | 2019-07-04 | Prepare written discovery requests to Defendants regarding Plaintiff's claimed unpaid overtime wages. | 3.10 | $250.00 | $775.00 |
| Service | 2019-07-05 | Prepare written discovery requests to Defendants regarding Plaintiff's unpaid overtime wages. | 0.40 | $250.00 | $100.00 |
| Service | 2019-07-09 | Review Initial Conference Order and Defendants' request for adjournment. | 0.20 | $250.00 | $50.00 |
| Service | 2019-07-14 | Finalize written discovery requests to defendants. | 1.70 | $250.00 | $425.00 |
| Service | 2019-07-16 | Prepare discovery scheduling order. | 0.30 | $250.00 | $75.00 |
| Service | 2019-07-16 | Phone conference with opposing counsel regarding initial scheduling order and discovery schedule. | 0.30 | $250.00 | $75.00 |
| Service | 2019-07-16 | Review draft initial scheduling order prepared by opposing counsel. | 0.10 | $250.00 | $25.00 |
| Service | 2019-07-19 | Review initial scheduling deadlines. | 0.10 | $250.00 | $25.00 |
| Service | 2019-07-24 | Review Defendants' initial disclosures and discovery requests. | 0.40 | $250.00 | $100.00 |
| Service | 2019-07-31 | Draft Plaintiff's initial disclosures. | 1.90 | $250.00 | $475.00 |

| Service | 2019-08-12 | Call with opposing counsel regarding plaintiff's calculation of damages. | 0.10 | $250.00 | $25.00 |
| --- | --- | --- | --- | --- | --- |
| Service | 2019-08-18 | Review discovery deadlines and request production from Defendants. | 0.10 | $250.00 | $25.00 |
| Service | 2019-08-21 | Review documents produced by defendants. | 0.40 | $250.00 | $100.00 |
| Service | 2019-08-23 | Draft responses to Defendants' Request to Produce Documents. | 0.60 | $250.00 | $150.00 |
| Service | 2019-09-20 | Review documents produced by defendants. Review defendants' responses to interrogatories. Discuss documents produced by defendants with client. | 0.80 | $250.00 | $200.00 |
| Service | 2019-09-23 | Meet with client to discuss deposition, documents produced by Defendants, and Defendants' interrogatories. | 1.30 | $250.00 | $325.00 |
| Service | 2019-10-08 | Draft response to Defendants' First Set of Interrogatories. | 0.80 | $250.00 | $200.00 |
| Service | 2019-10-14 | Participate in settlement mediation. | 4.50 | $250.00 | $1,125.00 |
| Service | 2019-10-22 | Review settlement agreement. | 0.40 | $250.00 | $100.00 |
| Expense | 2019-10-23 | Mediation: Mediation fee to Patrick Michael McKenna | 1.00 | $300.00 | $300.00 |
| Service | 2019-11-06 | Discuss settlement agreement with client. | 0.50 | $250.00 | $125.00 |
| Service | 2019-11-06 | Prepare joint letter motion. | 0.60 | $250.00 | $150.00 |

**Total**  **$9,604.80**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 7579 | 2019-11-08 | $9,604.80 | $0.00 | $9,604.80 |
| | | | **Outstanding Balance** | **$9,604.80** |
| | | | **Total Amount Outstanding** | **$9,604.80** |